FREEMAN *v.* DEMING and others.

A defendant is not to be punished for an infringement of so much of a writ of injunction as goes further than the prayer of the bill.

*Nov.* 11, 1844.

*Practice.*
*Injunction.*

ON a motion for an attachment for violating an injunction, it appeared that the working of the latter carried the enjoinment further than the prayer in the bill.

THE VICE-CHANCELLOR, in the course of his opinion, observed :—The language of the injunction differs from the prayer of the bill ; but it is, nevertheless, to be understood as if it followed the prayer : and the defendants are to be enjoined no further than the bill requires.

Mr. *Dana,* for the complainant.

Mr. *A. P. Man,* for the defendant.